Pursuant to Rule 39(c), A.R. App.P., we granted the defendant's petition to review the judgment of the Court of Criminal Appeals affirming his conviction and sentence of death. Thompson v. State, 542 So.2d 1286 (Ala.Crim.App. 1988). After considering the record, the opinion of the Court of Criminal Appeals, and the briefs of the parties, we find no basis for reversal of the judgment of the Court of Criminal Appeals. Accordingly, the judgment must be, and it is hereby, affirmed.
AFFIRMED. *Page 1301 
MADDOX, JONES, ALMON, SHORES, ADAMS, HOUSTON and STEAGALL, JJ., concur.
TORBERT, C.J., not sitting.